# EXHIBIT B

Copy from re:SearchTX

February 7, 2022

Mr. Chris Berry
The Idaho Painter
10235 W. Cayuse Ln.
Boise, Idaho 83714

Mr. Chris Berry
Paint Life Supply Co.
The Paint Life Store
dba The Idaho Painter
4618 W. State St.
Boise, ID 83703

      Re:    NOTICE OF TERMINATION
              Agreement between TIP and CIC dated September 7, 2021 (the "Agreement")

Dear Mr. Berry:

CIC Coatings, LLC ("CIC") hereby provides written notice of CIC's termination of the Agreement effective immediately in accordance with Paragraph 3.a. of the Agreement which provides, in pertinent part:

> 3. In addition to its other rights to terminate this Agreement, CIC and TIP may terminate this Agreement immediately on written notice in the following circumstances:
>
>    a. The parties or any of its officers, directors, or managerial employees commits any act or conduct that brings TIP/CIC into material public disrepute, contempt, scandal or ridicule, or which insults or offends the community, or which otherwise may reasonably cause or lead to injury to CIC/TIP Brands.

CIC reserves all other rights and remedies afforded by contract and law.

                                    Sincerely,

                                    CIC Coatings, LLC

                                    Tom Huemiller, President and CEO



972.384.1280  |  Toll-Free: 877.258.8797
2935 Almeta Lane  |  McKinney, TX 75069
Fax: 972.837.4326  |  www.CICCoatings.com

YOUR CUSTOM INDUSTRIAL COATINGS SOURCE

Copy from re:SearchTX